# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK



MARTIN LUTHER KING JR. FEDERAL BLDG & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NEW JERSEY 07101

**CAMDEN OFFICE**
MITCHELL H. COHEN  US COURTHOUSE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STS., ROOM 1050
CAMDEN, NJ 08101

**Date: January 24, 2013**

**WILLIAM T. WALSH**
CLERK

**TRENTON OFFICE**
402 EAST STATE STREET
ROOM 301
TRENTON, NJ 08608

**REPLY TO:** <u>NEWARK</u>

**BARBARA STOVER**
831 CHANCELLOR AVE. A-7
IRVINGTON, NJ 07111

RE: **Barbara Stover v. Freedom Health Care 13-cv-119 (WJM)**

Dear Ms. Stover:

The clerk's office has received and processed your complaint and has assigned the above docket number to it.  Thus, the docket number and Judge's initials (as it appears above) must appear on any paper that is submitted to the court.

We are also enclosing United States Marshal form 285 which you must complete (**one 285 form is to be completed for each named defendant to be served**).  Note, if you are suing the United States, Its agencies, Corporations, Officers or Employees,  please review F.R.C.P. 4 (i) prior to completing the form(s.)  The U.S. Marshal's Service will not serve the summons and complaint without this form completed.

Upon completion of this USM 285 form(s), return to the U.S. Marshal's Office at:

**UNITED STATES MARSHAL'S OFFICE**
50 Walnut Street
Room 2009
Newark, N.J.  07101

William T. Walsh, Clerk

by: Leroy Dunbar
Deputy Clerk

cc:  U.S. Marshal's Office